**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

                                    )

UNITED STATES OF AMERICA    )

                                    )

                                    )     Case No. 19-CR-10459-RWZ

                                    )

v.                               )

                                    )

                                    )

CECCHETELLI, et.al.,           )

     Defendants          )

_____    )

**PLAINTIFFS' COUNSEL'S ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL**

     Now comes Greg Sullivan, Esq., (hereinafter "Defendant's Counsel") and files his motion to withdraw as counsel for the Defendant in this case and asks that this court GRANT this motion.  Pursuant thereto, Defendant's Counsel moves this court to reappoint attorney George Vien, who was previously appointed as CJA counsel. In support thereof, Defendant's Counsel states the following:

1.     Defense counsel has conferred with Defendant's mother, who has conferred with her son, the Defendant, and she has consented to Defense counsel's withdrawal from representation of the Defendant on condition that Defense counsel procures suitable counsel to replace him as counsel for the Defendant.

2.     In the interim between the previously scheduled detention hearing on December 13, 2019 and January 2, 2020, Defense counsel has conferred at length with attorney George Vien, who was previously appointed as CJA counsel and was present at the arraignment of the Defendant.

3.     Attorney Vein has informed Defense counsel that he stands ready to file an appearance as counsel for the Defendant upon the court's granting of the aforesaid Motion to Withdraw.

2

For the reasons referenced above, Defendant's Counsel moves this court to GRANT his motion to withdraw as counsel for the Defendant and reappoint attorney George Vien, who was previously appointed as CJA counsel.

Respectfully submitted,

/s/ Gregory M. Sullivan
Greg Sullivan, Esq.
BBO# 485970
Law offices of Gregory M. Sullivan
214 Commercial St. Unit 206
Malden, MA 02148
(781) 608-2334
gsullivanlaw@aol.com

January 3, 2020

2

## CERTIFICATE OF SERVICE

I, Gregory M. Sullivan, Esq., counsel for the Defendant, Mr. Figueroa, attest that I have arranged for electronic service via ECF on the USAO this 3rd day of January 2020 the foregoing document. I have also arranged for service by first-class mail on my client, the Defendant, Juan Figueroa, at the below address:

Attn: Juan Figueroa
c/o Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

/s/ Gregory M. Sullivan
Gregory M. Sullivan

3