# EXHIBIT A

To Whom it may concern:

I am writing this letter to express my support for Mr. Juan Figueroa. My name is Ms. Aidelena Sanchez and the aunt of Juan Figueora.

Juan Figueora acknowledges his mistakes, and he is remorseful for his past offenses/transgressions / prior actions. Having served his debt to society, I believe he deserves the opportunity to continue working hard and supporting his family obligations.

He doesn't appear to be the same person that he was when he committed his crimes/offenses/transgressions and appears to be passionate about his family and working hard.
He has a strong support system which consists of his family and a stable network of people waiting to help/helping him. Since (Juan Figueora) has completed all of his court ordered requirements, educational requirements?

He works/working/ applying for employment opportunities --, raise his children, pay taxes and support his family while also sparing tax payers unnecessary costs for potential incarceration.
Mr. Juan Figueroa has worked hard at his own rehabilitation. The qualities that I have witnessed are thoughtfulness, generosity to share his teachings and insights, an enthusiasm for life, a sense of humor and true love for his family.

I know that he is not afraid of the truth and understands his story to be a testimony to help others make different decisions in their lives. I believe Mr. Juan Figueroa is not a threat to society

but rather an asset to his family with a positive presence in their lives and to his community.  His transition back into society is a great presence with his supportive family who will there to help him start/starting a new life.

Please feel free to contact me directly with any questions or concerns.


*Sincerely,*


*Aidelena Sanchez*

To whom it may concern I Alberto Ortiz of Boston Massachusetts am writing this letter on behalf of my longtime child hood friend Juan Figueroa. I've known Juan for almost all of my teenage years, blood couldn't make us any closer. Ever since he beat cancer he has devoted himself to his music it was all he ever talked about, even finished high school although going through depression and anxiety. My friend has one of the kindest hearts a guy could have when I went threw a life changing accident it was juan who helped me get through my depression by visiting me everyday in the hospital im forever grateful. I cant say no one I know has the heart he has to have been through the things he has and still be able to move forward its inspiring to say the least once he gets his mind to something he will give it all he has. Like a lot of us he lost his way at one point but that shouldn't be what determines whether or not his freedom should be put on the line, day in and day out he makes sure his family and son are ok but not just his family the family of his loved ones as well that's what makes him one of a kind. You're honor in these hard times we are in I ask you to give leniency when sentencing my dear good friend, the heart in him Is one of a person who can make great change and I see it everyday that he is out to this day. Well with that being said I hope my small words reach you and help you understand and see the kind of guy Juan is he is the light to so many people it would hurt to see such person be behind walls when there is so much he can do on the outside.


Sincerely Alberto Ortiz

>> To whom it may concern,
>> My name is Alex Cabral, I am from the city of Boston, Massachusetts I'm here today asking for leniency of the sentencing regarding Juan F. I have known Juan .F for about 7 years now, I met Juan back when we was going to school and we would go to the park to play basketball, ride bikes, & sometimes play football, In those 7 years of knowing mr.f, I have learned that he is a very intelligent human being and is one of the most giving person I have ever met, and does care for others in a time of need, Juan is a very good son to both his parents and a very loving father to his son & I know he loves and cares for them a lot, especially his mother and son who he loves very much. What I have seen from my perspective in my time of knowing Juan all I have seen is gratitude from him to me and also to others, and also appreciating all the loving people around him. I have so much respect for Juan he would give you his shirt off his back if you needed it and ask for nothing in return. Juan is a very ambitious person who has a lot of goals that he would love to accomplish for examples, work harder making music, find a very good stable job, buy a house whether It's for him or his mother, & possibly go back to school to get a degree if possible and become professional at whatever he wants in life. I think the court's should have some leniency on Juan, because he is not bad individual. He perhaps made bad decisions in his lifetime but none that I think he should serve a large amount of time for. So I'm here asking for the courts to please understand and have a change of heart because I believe with every fiber of my being that Juan deserves better. & should be judge with leniency. I thank the courts for giving us this opportunity to speak on the behalf of Juan and show otherwise thank you.

Andres Espinal
Hyde Park, MA
RE: Juan Figueroa

To Whom It May Concern,

    My name is Andres Espinal and I am writing this letter on the behalf of my good friend Juan Figueroa. I met Juan at a family event, he was your typical happy family man. I've now known Juan for a little over five years now and over time I have gotten to really know him and see him for who he is. I've seen him approach elderly and help them with their groceries, stop traffic to let women and kids cross, he is an amazing and active father as well. Everyone who gets to know him find him easy to love. Juan is big on kids and having them stay on a straight path, he likes to bring out the good in others. Juan always tries to find the good in everything even the worst, he is a very positive influence on lots of others. With that said, I thank you for taking the time to read this here letter; it is my truest hope you take this letter into consideration and grant my friend leniency.

Sincerely,
Andres Espinal

**Anthony Frias**



17th November 2020

To whom this may concern,

I've known Juan Figueroa my whole life. He's my first cousin on my fathers
side of the family. We both primarily grew up together, we would often sleep
over one another's house every other weekend watching wrestling, movies
and playing video games. We did this up until our teen years where we started
seeing one another less but whenever we would stay over one's house it was
always the same we'll watch movies, order food and relax and enjoy the
brotherly bondage we had built over the years. One summer we spent time
together making food deliveries every day or every other day for a food
delivery service around the time called Dashed.

One thing that also stands out to me about my cousin, is he is the biggest
family guy! If there's one thing he loves the most that is to be around his family
and his son. For instance over the summer, he was able to gather the entire
family together for his mother's birthday celebration on August 29th of 2020.
The family gathering was beyond a special moment not only for him but his
mom as well as it signified that the importance of loved ones around you
matters. Especially when you have younger siblings to look after and a son to
take care of when in a time of need these specific people will always look for
Juan for advice on life as well as guidance and protection from the dangers of
the world.

Now, if my cousin is incarcerated all of these things fall apart and leave a
lasting affect not only on me but to all his dearest family and friends who seek
his goofiness, wisdom, guidance, protection and his relentless work ethic
towards making music that we all enjoy. If there's one thing that he truly
deserves is another chance at proving the system he's a hardworking man,a
father who provides and a brother and son who needs to be there for his
mom, dad and siblings.

Sincerely,

Anthony Frias

10/13/2020

Barbara Munoz

Brighton, Massachusetts

Dear, Recipient

I am the aunt of Juan Figueroa Jr. I have known Juan for 26 years; I am grateful for him to be my nephew. He has always been a happy and productive person in his life, he loves to sing and spend time with his family. He is an excellent father to his 6-year-old son. Juan has always been a very hardworking man as he always shows up on time to do his jobs and is always willing to help others in need even if he is down to his last dollar. Please consider this letter.

Sincerely Yours,

Barbara Munoz

**Caridad Pizarro**

Boston, Massachusetts

Hello, my name is Caridad Pizarro. I am the sister of Juan Figueroa. For as long as I can remember my brother has always had a positive impact on me. Not only has he been a caring brother but he has shaped me into the young woman I am today. When I was younger and my mother was really busy, he would be the one to take care of me, my younger brother, and the household. I believe my brother is a reliable, helpful and caring person. With this being said, I ask for leniency on behalf of Juan Figueroa.

October 3, 2020

Hon. Rhy Zobel
US District Judge

Dear Honorable Judge Zobel:

RE: Juan Figueroa

My name is Carmen Figueroa.  I am an office manager at a dental office.  Juan Figueroa is my nephew,
my brother's son.

We are a very close knit family and we are all dealing with this situation that is happening with Juan.  It
is extremely hard especially for my brother.  We had to deal with his leukemia diagnosis and now we are
dealing with this situation

He made a huge mistake by getting involved with the wrong type of people, for which now, he is paying
a huge price. We are all suffering because of these consequences, including him.  People make mistakes
in life, and I believe we all deserve a second chance.  He is working and on the right track.

Please take this letter in consideration when you make your decision, there are a lot of lives involved in
this matter.


Thank you for your time.

Sincerely,

Carmen Figueroa

Cynthia Collazo Velazquez

████████████████████████

RE: Juan Figueroa

Your Honor,

I, Cynthia Collazo Velazquez, have known Juan Figueroa well
over fifteen years. In that time, I have seen many aspects of
Juan's personality and character. I have always found him to be
friendly, respectful, a great artist and a great son. Juan has
helped many neighbors in the community with groceries,
especially with the elderly.
The charges listed on Mr. Figueroa, should not be the only factor
you look at in this case. I can further state that Juan Figueroa has
been very dedicated to his family and music.
Please feel free to contact me with any further questions or
concerns you may have.

Sincerely,

Cynthia Collazo Velazquez

November 13ᵗʰ, 2020
Felix Figueroa
Boston, MA
RE: Juan Figueroa

To Whom It May Concern,

Hello, my name is Felix Figueroa and I am writing this letter on behalf of my nephew Juan Figueroa. Juan is the eldest of three children and is loved by his parents, five uncles and many cousins. He is a funny and great young man who unfortunately made friends with the wrong crowd, which is easy to do when you live in certain neighborhoods of Boston. It is a community within itself that can be tough to escape. This by no means justifies any wrong doings, I am just asking the court to grant him leniency.

While trying to get through hardships growing up in the rough ends of the city, Juan turned that pain and hardship and found his passion – Music. He loves creating music and storytelling, he is very talented! Juan knows that in order to succeed in the music industry, he needs to be strong, independent and focused – and that he is. I believe that music and his family are what keeps him strong and out of trouble. He can sit for hours listening to different beats and just let it flow. It is just a talent that comes natural to him. I know that he will use it to do good and to stay positive.

Thank you for taking the time to read this letter and allowing me to give you a little light in to who my nephew is and not what he is portrayed to be.

Sincerely,
Felix Figueroa

Jasmine Figueroa

9/29/20

Juan Figueroa
Family: Cousin
Boston Ma

To whom this may concern:

I am writing in regards of Juan Figueroa, whom I've known all
my life. We've been brought up together as kids. Our family
made sure that we as Family stayed together.
Growing up Juan has always been over protective with Family,
he is very caring and worries about the ones he love. Juan
Figueroa is an amazing father which I am truly proud of, he'll
go above and beyond for his child to make sure he has
everything he needs and to make sure he's there for his child to
see him grow, and to teach his son right from wrong.
Juan Figueroa has accomplished many things such as;
graduating high school, hardworking, and fought through
cancer, which he still has to be cautious of especially with our
current Pandemic.
I ask for Leniency from the court to give Juan Figueroa the
opportunity and chance to prove that he is able to abide by the
rules and regulations with minimal sentencing.

Sincerely,
Jasmine Figueroa

Name: Juan Figueroa
Date: 10/24/20

████████████████████

Boston MA

To whom this may concern,

      I'm writing this letter on behalf of my oldest son Juan Jr. Figueroa.
My son was born on July 14,1995 , on this day I knew I was blessed to be able to raise such a
child to be the best he can be. I, as a father,raised him to be a strong hard working man, a man
of honor , a man that will always be there for his family. Throughout the years he's proved to me
he carried those traits I've passed on to him as a father. As a child he would always want to
come to work with me at a restaurant that my Father and I owned , just to know he wanted to be
there and to learn the restaurant business put a smile on my face. I showed him true morals as
a man and how to be one and I am proud to witness all my hard work.He grew up to be very
ambitious and hard working at a job of his own and although he had his own responsibilities as
a young man he would still come by the restaurant to help me. One thing I can say when it
comes to family and loved ones , he'll drop anything just to be present for us. He is an
outstanding role model to his siblings , a great father to his 6 year old son , and a great son to
his mother and I. He is special to me and means the world to me and his family who loves him
dearly. I would also like to give my son recognition for helping out the community , such as
feeding the homeless , showing young kids how to be hard workers as individuals , and overall
just helping those that need a helping hand. My son has very positively influenced many people
and guided them to the right path.
      My son inspires me everyday and continues to show me his strength , especially when
he was diagnosed with cancer at a young age , he's a true fighter. I knew God would be by his
side  through it all , the suffering, pain and treatments to fight this disease. I knew God would
not fail  me , him or his family. He was able to overcome cancer with the assistance of his little
brother who gave him a bone marrow transplant.
      Your honor I know no one in this world is perfect, we all make mistakes for either better
or worse. I ask that you may find it in your heart to grant  my son a second chance to prove that
he is able to correct the mistakes that were made and overcome them to be the bigger and a
better version of himself. I ask your honor to be lenient and grant him another chance to prove
that he is worthy.

Sincerely yours,
His father
Juan Figueroa

**Julia Nieves**

Boston, Massachusetts

Hello my name is Julia Nieves, I am the aunt to Juan Figueroa Jr. I've known Juan his entire life, his mother and I has been best friends ever since we were younger, and our children grew up together. Juan is amazing young man he's always been family oriented, his love for his mother, his son, siblings and the rest of his family is remarkable. He helps his mother with everything she needs whether it's taking care of his siblings or just helping around the house and at the same time being a great father and role model to his 6-year-old son ███████. Juan is a dependable, respectful, and loving young man there's has been so many times he has helped me with my two boys, he's very hardworking gentleman, because he loves and respects everyone in his life. He always try's his best and helps out the people he loves. A few years ago, Juan was diagnosed with leukemia, it was a very hard time for us we thought we might lose him, but that did not stop him he persevered and showed us all that he wasn't ready to give up that he's going to be here for his mom and his family. He's a strong-willed man and I'm proud to call myself his aunt. So please I ask for leniency not just on his behalf but on the behalf of all of us who loves him and want to see him be the man, father, and family member the we know he already is.

Thank you,
Julia Nieves.

To Whom It May Concern,

My name is Karina Cruz, and I am a proud resident of Dorchester, Massachuestts. I am writing to you about my friend, Juan Figueroa, who is more like family. I have known Juan for several years, and throughout all of that, he has always made an effort to support me, lending a hand whenever possible. Juan has never hesitated to offer his assistance, even when he wasn't asked. In addition to this, I know Juan to be a phenomenal father to his son. Juan has also helped others in our community. Juan has developed a strong connection with my son, █████████ as his godfather. They have a bond that is unbreakable but made bittersweet by current circumstances. Juan calls me every day to speak with ████ to maintain their relationship, a testament to Juan's responsibility as a godfather and desire to positively take part in my family. I am asking the court for leniency in Juan's sentencing, as it is heartbreaking to see another father taken from my community.

Sincerely,
Karina Cruz

To Whom it May Concern;

My name is Magali Figueroa. I voluntarily provide a character reference on behalf of the first born son Juan Junior Figueroa. I know him to be loving, kind, family orientated, a good young man and an exceptional Dad to his five year old son, who is also very distressed by his current circumstances.

Juan is a very responsible son, brother, and father. Despite having a family of his own, he continues to be supportive to his mother and his two younger siblings; █████ 14, and Cardia 21. His characteristics contribute to him being raised in a loving, caring and respectful home.

Our family is supportive of one another and we are also blessed. Juan was diagnosed with Leukemia and needed a bone marrow transplant. My younger son █████ was a match and didn't think twice about being his brother's donor. █████ is Juan's hero and he loves his brother. Juan's illness has made our family stronger and acceptant to our blessings.

Although it is a great relief to our family that he is finally in a better condition. This has clearly been causing him great anxiety and is surely the primary cause of his inability to regulate his emotions.

I understand the distressing circumstances that Juan faces. He has expressed his deepest regrets about the incident to me, particularly its grave repercussions for his family and his future career. I am confident that he will not re-offend and will continue to be a valuable member of the society. We wish for

him the best outcome for this case and we (the entire family) will continue to support him. We have lived a difficult life as a family, but we were able to stick together, and respect one another, most importantly I thank God, I have good loving and working children.

P. S. Thank you for allowing me this opportunity to speak on my son's behalf.

Sincerely,


Magali Figueroa

October 3, 2020


Hon Rhy Zobel
US District Judge

Dear Honorable Judge Zobel:

                                RE: Juan Figueroa


My name is Margarita Collazo.  I am a Personal Care Assistant.  Juan Figueroa is my nephew.  I can
confirm that he is a person of good morals, a good son, father and family member.

Juan did not make a wise choice when making friends and he is really upset and sorry about this matter.
I am hoping you will give him an opportunity to prove himself. He is working and staying on a straight
path.

Please consider giving him a second chance to continue working and being around his family.


Sincerely,

*Margarita Collazo*

Margarita Collazo



Maria Figueroa

11/13/2020

To Whom It May Concern:

RE: Juan Figueroa

Juan Figueroa is my cousin, my uncle is his father. Juan and I have been very close since we were children, and we have all suffered, because of the situation that he is in. He is very good son, brother, and family member. He is very respectful, very caring, and hard working.

He made a mistake in life and he is living with the consequences. I am asking you to please be lenient with his sentence. Juan has been working and spending time with his family and trying to better his life.

Sincerely,

Maria Figueroa

Melissa Leaston



November 04, 2020

Dear Honorable Sir/Madam,

My name is Melissa Leaston and I am a nurse. I am the Director
of Nursing at Whittier Street Health Center in Roxbury and I
have been working in the community for 15 years.
I am writing this letter on behalf of Mr. Juan Figueroa. I
understand that he is being charged in criminal matters but this
is not the person that I know; and I have known Juan for 3 years
now. He is a quiet person with an easy smile that gets along with
everyone. Juan enjoys watching movies and writing. He
especially enjoys writing songs and rapping; a skill that he
honed while he was being treated for a very serious and lengthy
illness.
Moreover, Juan is my daughter's boyfriend and he is a Dad to
both his biological son as well as my granddaughter ██████
He loves spending time with them and has had a positive impact
on my granddaughter's growth and development. They enjoy
reading and telling stories together. They also like watching
movies. ██████ has a great imagination and Juan fosters that
when playing with her. When they are together anyone can
clearly see that he cares greatly for her. Juan is a significant
source of both encouragement and support to her and her
mother.
In addition, I am concerned for Juan and for any complications
that this situation may bring and the impact that it will clearly
have on his future. It may adversely affect his family, his ability
to attend school and limit his career choices. I hope that you
consider my statement as it is my belief that Juan is good person
with a kind heart and he is an honorable and valuable family
member.
If you have any questions or concerns regarding this statement
please do not hesitate to contact me.
Thank you for your kind attention as well as consideration in
this serious matter.

Sincerely,

Melissa Leaston

Melody Roman

██████████████████

*RE: Juan Figueroa*

To Whom It May Concern,

October 14ᵗʰ, 2020

When you hear "Juan Figueroa" all you may see and think is
what the system and court accuse/deem him to be. A reckless
person, a danger to society, a criminal, a thug. To myself
amongst others- a father, a son, an artist, an honorable citizen
deserving of a second chance.

My name is Melody Roman, a longtime friend of 13 years
and girlfriend of the last three. I met Juan when I was just about
14 years old and throughout the years, he grew to be one of my
closest friends. Always there when needed, a shoulder to cry on
and a listening hear. He passes no judgement, always trying to
see the good in people and convince others of the same. His
presence alone brings many, including myself peace.

Mr. Figueroa has aura that light the darkest places. For
someone who has been through so much from growing up,
getting cancer and beating it, on top of the everyday struggle of
being a young man of color in today's society. Despite
everything that was meant to bring him down, Juan has always
remained humble. He never let that hurt and anger cloud his
visions.

Although Juan and I have been friends the last 13 years, 3
years ago he became my better half. I've had my fair share of
the 'bad apples', that it was hard to realize that I actually have a
great person by my side. The system portrays Juan as this
monster, this deadly individual who isn't deserving of forgiving,
and I really cannot seem to wrap my head around as to how so?

Mr. Figueroa has to be one of the most loving people I know.
He has the biggest heart, always putting me before himself most
times. He has the utmost respect for me, always going above and
beyond making sure I am on my 'A Game'. He's selfless and I
admire that tremendously.

While playing an important part of my life, Juan also plays a
huge role in my three year old daughter ████████ life. He is
amazing with her. Juan entered her life when she was about 6/7
months old, and stepped up as her father. No hesitation, no

questions asked. Not by force but because he wanted to. The bond him and my daughter share is something so pure and beautiful, something we all know is rare for a man to do- pick up another man's slack. He picks her up from school, comforts her when she's sick, the two will sit there and watch cartoons for hour's princesses and all. Even as a baby he was the only one who could get her to sleep, he was even the one to get her off the baby bottles. He became part of her everyday life, our everyday lives.

No one is perfect and there is no such thing as normal. We are all flawed someway somehow and we all have made a mistake or two. The question is: is this person deserving of a second chance? I am strongly aware of the mistake Juan Figueroa has made, but he has also taken responsibility for his and solely his wrongdoings. And in my eyes, that is a person deserving.

I Melody Roman, girlfriend of Juan Figueroa, speaking on behalf of myself amongst his many friends/ family and loved ones, am hoping that the people of the court grant Mr. Juan Figueroa some leniency in regards to his sentencing. As previously stated. A man who is aware, who accepts responsibility of his wrongdoings. Should be seen as deserving.

I pray you all take this letter into thought and consideration. Thank you for your time.

Respectfully yours,
Melody Roman

SanMartin Figueroa


October 2, 2020

Re: Juan Figueroa

Dear Honorable Judge,

I writing on behalf of my nephew, Mr. Juan Figueroa. I have spent a significant amount of time with Juan when he was a child and later on have met with him in family reunions and holidays. I was both concerned and surprised to hear about his court case as my nephew has always been a kind, compassionate person, moreover he is completely committed to the welfare of others.

Our entire family has taken aback at the news of my nephew's court case. He has never been the kind of person that has caused his parents or our family any significant disappointment.  As Juan's uncle I have watched him grow up and I can say that he has always led a positive lifestyle.

In the time that I have spent with Juan, I have come to see that he is a hardworking and caring individual. As a young adult my nephew Juan helped his father cook and attend to the family's restaurant every weekend and school vacation. Every Thanksgiving holiday, Juan will take on the lead to help cook and feed the homeless in his community. Juan has a passion for cooking and helping in his community. His hope is to become a chef in the future and plans to attend Johnsons and Wales University. Moreover, Juan was raised in the catholic faith. Every Sunday he will serve as the altar boy in his community church. He earned the respect of the parish as well as the neighbors.

As an adult I have had the pleasure to see my nephew Juan, raised his son. ████████ Juan is a devoted, caring and loving father who makes sure his son is well educated and cared for. Juan not only take care of his son but also helps provide for his younger siblings.

 At this moment Juan works delivering food through Doordash and as a Patient Care Associate to provide for his son and help at his household. Unfortunately he has not had the chance to apply for college due to his diagnosis of Leukemia that placed a hold in his life to receive treatments.

I have been fortunate to watch my nephew's kindness and commitment to his family and community and is for this reason that I am happy to write a letter of reference for my nephew, Juan Figueroa regarding this matter. I understand the seriousness of the case; however, I hope the court acknowledges Juan Figueroa's good character and shows some leniency.

I can truly understand how difficult it is for you to have to make a decision of this type and under these circumstances, without really knowing the person in front of you, but I trust in God that you can look at this letter and feel all the support that the family and friends of Juan Figueroa are trying to provide you. All this in order to tell you that we trust your wise decision, always considering the best for everyone.

Sincerely,

SanMartin Figueroa

To whom it may concern,

Hello my name is Victor Diaz, I'm 21 years old I was born and raised in Boston, Massachusetts. I'm here to speak on the behalf of Juan F. , regarding his leniency of the time he could serve. I have known Juan for about 5 years now,Over the years what I've learn from Juan is that he's a very helpful and careful person to those around him and especially to his friends and family. I think Juan's generosity and gratitude goes a very long way, he definitely helps others before he helps himself I have no doubt about that. I also learned that he is very loving dedicated father to his son which he cares for a lot, he always make sure there isn't anything missing for his son a very respectable father in my end. I also noticed being around his family I learned he's a very loving son to his mother and father, which he cares for a lot as well. I never met a man so devoted to his family and friends he will do anything to keep them happy. Since I met Juan I also learned from him that he's an intelligent human being, he's very hardworking on any task he overcomes. I look up to his strive for success and ambition which you would not just find in any person, his motivation to keep making music and to be successful in the music industry inspires not only me, but everyone he has around him. Juan has a lot of goals he would love to accomplish, and I know one of his biggest goals would be buying a house for his mother one day, I know because he's always talking about it. He wants to go back to school and hopefully get a degree and get a real good job. I think the courts should have some remorse and leniency for Juan in my perspective because I feel like he deserves better. I really don't think he's a bad individual at all, I don't know all the facts but from I seen and learned from Juan is that he is good hearted person, that cares for others. I think the courts giving him leniency will give him a better opportunity to become a better person and pursue his goals and dreams. So I please ask the courts to show leniency to Juan and thank you for giving us this opportunity to speak on behalf of Juan thanks.

Sincerely Victor Diaz

William Pimentel Jr.

Dorchester, MA

I have known Juan Jr Figueroa for over 10 years. I met Juan one day at the basketball court and ever since then we have remained good friends. He would always help his mom around the house and going to the stores and also going with her to her appointments when needed. He made sure he looked out for his family as often as possible, always determined and well minded with a very humble heart. Seeing him in this process and seeing how vigilant he has been and remaining out of trouble as he awaits his time, I ask to please have some mercy on him and provide him with the best possible options for his benefit. He remains faithful and positive throughout this ordeal and will continue to do so as he has a lot of his family members that depend on him.


Sincerely,

William Pimentel Jr.

Dorchester MA, 02121

Dear Judge,

  Hi, my name is ███████████ and I am writing this letter
on behalf of my older brother Juan Figueroa. Id first like to start
with that I love my big brother; being his little brother is
amazing. Juan has always been my biggest protector and my
best friend. Growing up he has always made sure that I kept my
mind and eyes on the right path- that I need to work hard to
become an intelligent and hardworking young man. My big
brother has taught me so much and I enjoy spending time with
him like I have growing up. Museums, parks, movie theaters,
libraries- he has done it all with me; he would do anything to see
me safe and happy. My older brother has always taught me my
education is number one, and that finishing school and going off
to college needs to be my main priority. It is also something that
I know will make my mother proud, something he tries so hard
to do. My brother has truly been through a lot. In 2012 he got
cancer and it was one of the hardest things in my life but I had
gotten lucky enough to be able to donate my bone marrow for a
bone marrow transplant which has helped him and made him
stronger and better. I love to see him healthy and back to his
self. I don't know what I would do if I lose him. My big brother
is a great man, a great father and the best big brother I can ask
for, and I hope you can see that too. I hope you can take my
letter in to consideration. Thank you.

Sincerely,

███████████